LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

REPLY TO NEW JERSEY OFFICE

December 13, 2022

**VIA ECF and Email**
The Honorable John Michael Vazquez
United States District Judge
50 Walnut Street
Newark, New Jersey 07102

    Re:    USA v. Markell Brown
               Crim. No: 18-CR-864 ( JMV)

Dear Judge Vazquez:

    Attached is a proposed order requesting increased access for Markell Brown to review his pretrial discovery. Mr. Brown is presently incarcerated in the Hudson County Correctional Center, where he has limited access to a computer and his discovery review has been significantly curtailed.

    Attached is a form of Order requiring the Hudson County Correctional Center to permit Mr. Brown to have to a computer no less than three hours each weekday to review his discovery.

    The Court's attention to this matter is greatly appreciated.

                                                  Respectfully,

                                                  /s/ *Stephen Turano*
                                                  /s/ Thomas Ambrosio

                                                  Stephen Turano
                                                  Thomas Ambrosio
                                                  Attorneys for Defendant Markell Brown

cc: All Counsel of Record (by email and ECF)