# TURANO LAW

275 Madison Avenue  
35th Floor  
New York, NY 10016  

Tel (917) 594-5666  
Fax (917) 594-5667  

60 Park Place  
Suite 1101  
Newark, NJ 07102  

Tel (973) 648-6777  
Fax (917) 594-5667  

July 28, 2025

Honorable Madeline Cox Arleo, U.S.D.J.  
United States District Court, District of New Jersey  
M.L. King, Jr., Federal Bldg. & U.S. Courthouse  
50 Walnut Street  
Newark, New Jersey 07102  

      **Re:**   *United States v. Markell Brown*,  
                20-cr-00864 (MCA)

Dear Judge Arleo:

      Markell Brown joins the submission sent by co-defendant Terence Shaw's counsel opposing the government's adjournment request. If the Court grants the government's adjournment request we seek Mr. Brown's immediate release from custody under the strictest supervisory conditions, including home detention.

                                                  Respectfully,

                                                  /s/ Stephen Turano  
                                                  /s/ Thomas Ambrosio  
                                                  Stephen Turano, Esq.  
                                                  Thomas Ambrosio, Esq.  
                                                    Attorneys for Markell Brown

cc: All Counsel of Record